UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHY D. ENWERE,

         Plaintiff,

v.

PETER FINCK,

         Defendant.

No. C-11-00727 JCS

***SUA SPONTE* JUDICIAL REFERRAL REGARDING RELATED CASES**

On February 17, 2011, Plaintiff Cathy Enwere filed a complaint asserting claims for fraud and negligence against Attorney Peter Finck, County Counsel, based on the allegation that Mr. Finck failed to adequately secure and protect her private information from disclosure in the context of a discovery dispute in *Enwere v. Terman Associates, L.P.*, No. C 07-1239 JF (PVT). *Id*. Because it appears that the claims in this case may be related to *Enwere .v Terman Associates, L.P.*, the Court respectfully refers this case, pursuant to Civil L.R. 3-12(c), to the Honorable James Fogel for the Purpose of Determining Relationship.

DATED: March 11, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge