UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY D. ENWERE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>PETER FINCK,<br><br>　　　　　　Defendant.　　　　　／ | No. C-11-00727 JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S LETTER TITLED "MOTIONS NOT RELATED TO PLAINTIFFS COMPLAINT"**<br>**[Docket No. 15]** |

IT IS HEREBY ORDERED THAT Plaintiff's Letter titled "Motions Not Related to Plaintiff's Complaint", filed on April 8, 2011, is DENIED without prejudice.

DATED: April 19, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**